Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

RECEIVED BY MAIL

APR 05 2021

CLERK; U.S. DISTRICT COURT
DULUTH, MINNESOTA

Case No. 21-cv-928 mJD\LIB
*(to be filled in by the Clerk's Office)*

Matthew Fodness
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jury Trial: *(check one)*  ☒ Yes  ☐ No

U.S. Steel Corporation
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                 Matthew Fodness
Street Address       4731 Grand Ave. Apt 7
City and County      Duluth, St. Louis
State and Zip Code   Minnesota    55807
Telephone Number     218-404-2525
E-mail Address       Mfodster-1892@gmail.com

#### B.    The Defendant(s)

SCANNED

APR 05 2021

U.S. DISTRICT COURT DULUTH

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

US Steel Corporation

8771 Park Ridge Dr,
Mountain Iron, ~~MN~~ St. Louis
Minnesota 55768
218-742-9840

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   I have approved Letter of Right to Sue from FEOC. Termination Without Cause decisions Implied Covent of Good Faith

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

II

A. Title VII of the 1964 Civil Rights Act, the Americans with Disabilities Act ~~and age Discrimin~~

Termination without Cause decisions ~~Implied Covenant of Good faith~~

I Matt Fochess was ~~whongfully~~ Terminated over-trying to take a Vacation day Same day as of August 8th 2019 was on a LCA ~~Ta~~ contract. on August 7th I Matt Fochess was asked to Stay over to Complete a wear material Welding Job on a 994X Cat # on Production hoader is 245 Worked over time to Complete Job was fatigued from ~~both~~ Surgeries and being fused C3-CF and working the extra hours by Choice but in respect to Complete Job. after Calling in one Shift to Superviser Don Miller @ 6:02 A.M. August 8th to ask for a Vacation day was not granted this day of and was informed that I had to report to work Knowing I could not receive day off after make 3 Calls to get chold of Superviser and 30 minute drive to Work I ask ~~On~~ Since I was on a Last Chance Agreement If I would be fired and Don Miller Replied No you would not be fired Just Come to work and I Informed him my time maybe Late you have no Worries just Come to work

II

A  The day went by usual. I stayed over to make up the time. B nothing was said to me or received to me that I Would be discipled or in violation of ACL until August 16th 2019 from my union that I was put on a 5 day Subject to termination I B was not at Wonk that day of the 16th had child Mediation hearing and agree 50% mutual child Custody of my daughter Alexis Jean Foduess and was informed not to report to Wonk until further notice. Was noticed to report to USteels Admin Building to discuse employment after meeting was over they Would Call me in the next 3 days to discuse situation. On August 20th 2019 after ChildSupport Count in Carlton County I received a call from union I was terminated

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed,

Plaintiff is entitled 2 years of Lost Wages and forced to Sell homestead for a hose of $50,000 on an Auction bought place for 92,000 in 1999 – and had to Sell for $135,000 20 years Later

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

2 years of Wages $66,560 and Market Value of my 98 acre place where I lived for 20 years not Sure how to put a Value on this Employment detriment

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _April 5, 2021_

Signature of Plaintiff    _Matthew C. Hopkins_

Printed Name of Plaintiff    _Matthew C. Fodness_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _Did have an, attorney on_

Printed Name of Attorney    _This case but he let me go or_

Bar Number    _dropped my Case._

Name of Law Firm

Street Address    _In Search of Attorney at this_

State and Zip Code    _time_

Telephone Number

E-mail Address