UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Matthew Fodness,

    Plaintiff,

vs.                                         **ORDER**

U.S. Steel Corporation,                 Civ. 21-928 (MJD/LIB)

    Defendant.

* * * * * * * * * * * * * * * * *

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated April 26, 2021. [Doc. No. 3] Plaintiff has filed an objection.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS ORDERED**:

1. This matter is **DISMISSED without prejudice**; and

2. Plaintiff's application to proceed in forma pauperis, [Docket No. 2], is

    **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED:  June 24, 2021            s/Michael J. Davis
At Minneapolis, Minnesota        Michael J. Davis
                                 United States District Court